## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4308          Assigned/Issued By: j. n.

Judge Name: darrah              Designated Magistrate Judge: mason

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP         [ ] No Fee    [ ] Other ____
              [ ] $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____          Receipt #: 2978586_____

Date Payment Rec'd: 7-30-08_____   Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                _____
        *(Type of Writ)*                 *(Type of issuance)*

1____ Original and 0_____ copies on 7-30-08_____ as to defendant_____
                              *(Date)*