## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4308 | **DATE** | 8/6/08 |
| **CASE TITLE** | Chicago Regional Council of Carpenters Pension Fund, et al. v. Millenium Concrete Construction LLC | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 9/30/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|