AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Trustees of the Chicago Regional Council of
Carpenters Pension Fund et al.

V.

Millenium Concrete Construction LLC

| | |
|---|---|
| CASE NUMBER: | 08CV4308 |
| ASSIGNED JUDGE: | JUDGE DARRAH |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE MASON |
| | JFB |

TO: (Name and address of Defendant)

Millenium Concrete Construction LLC
Herbert Molitsky, Reg. Agent
455 E. Illinois Street, Suite 260
Chicago IL  60610

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago IL  60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

-----------------------------------
(By) DEPUTY CLERK

July 30, 2008
-----------------------------------
Date

| | | |
|---|---|---|
| **ClientCaseID:** N7735/RJS<br>**Law Firm ID:** WHITFIEL |  | **CaseReturnDate:** 8/29/08<br>Affidavit of SPECIAL PROCESS SERVER |

## UNITED STATES DISTRICT COURT

Case Number **08CV4308**

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   Millenium Concrete Construction LLC
PERSON SERVED **THODORA VARCHEVA (MANAGER)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 8/14/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

**Sex** FEMALE   **Race** WHITE   **Age** 30s
**Height** 5'4"   **Build** AVERAGE   **Hair** BROWN

LOCATION OF SERVICE   **455 E ILLINOIS ST SUITE 360**
**CHICAGO, IL, 60610**

Date Of Service   8/14/08   Time of Service   11:12 AM

LARUE BEY   8/14/2008
SPECIAL PROCESS SERVER
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

**Total:** $55.00